UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
LOANCARE, LLC,                                                       :
:
Plaintiff,                                       :
:           22-CV-9286 (JMF)
-v-                                                      :
:                 ORDER
DIMONT & ASSOCIATES, LLC et al.,                                     :
:
Defendants.                                      :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On December 12, 2022, Defendant Investor Claim Solutions, LLC ("ICS") filed a motion to dismiss the complaint under Rule 12(b) of the Federal Rules of Civil Procedure. Under Rule 15(a)(1)(B), a plaintiff has twenty-one (21) days after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course.

      Accordingly, and given the upcoming holiday season, it is hereby ORDERED that Plaintiff shall file any amended complaint by **January 6, 2023**. Pursuant to Paragraph 1.B of the Court's Individual Rules and Practices in Civil Cases, available at https://nysd.uscourts.gov/hon-jesse-m-furman, any amended complaint should be filed with a redline showing all differences between the original and revised filing. Plaintiff will not be given any further opportunity to amend the complaint to address issues raised by the motion to dismiss.

      If Plaintiff does amend, by three (3) weeks after the amended complaint is filed, each Defendant shall: (1) file an answer; (2) file a new motion to dismiss; or (3) file a letter on ECF stating that it relies on a previously filed motion to dismiss. If a Defendant files an answer or a new motion to dismiss, the Court will deny any previously filed motion to dismiss as moot. If a Defendant files a new motion to dismiss, any opposition shall be filed within fourteen days, and any reply shall be filed within seven days of any opposition.

      If no amended complaint is filed, Plaintiff shall file any opposition to the motion to dismiss by **January 6, 2023**. ICS's reply, if any, shall be filed by **January 13, 2023**.

      Finally, it is further ORDERED that the initial pretrial conference previously scheduled for February 1, 2023, is adjourned *sine die*.

      SO ORDERED.

Dated: December 13, 2022
       New York, New York                               _____
                                                             JESSE M. FURMAN
                                                         United States District Judge