UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
LOANCARE, LLC,
:
:
Plaintiff,
:
:  22-CV-9286 (JMF)
-v-
:
:  ORDER
DIMONT & ASSOCIATES, LLC et al.,
:
:
Defendants.
:
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

    In light of Defendant Investor Claim Solutions, LLC's new motion to dismiss, *see* ECF No. 26, its earlier motion to dismiss, filed at ECF No. 21, is hereby DENIED as moot. Plaintiff's opposition to the new motion to dismiss is due by **January 27, 2023**. Defendant Investor Claim Solutions, LLC's reply, if any, is due by **February 3, 2023**.

    The Clerk of Court is directed to terminate ECF No. 21

    SO ORDERED.

Dated: January 17, 2023
       New York, New York

                                        JESSE M. FURMAN
                                        United States District Judge