UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LOANCARE LLC,<br><br>                    Plaintiff,<br><br>    -v-<br><br>DIMONT & ASSOCIATES, LLC and INVESTOR CLAIM SOLUTIONS, LLC,<br><br>                    Defendants. | CIVIL ACTION NO.: 22 Civ. 9286 (JMF) (SLC)<br><br>AMENDED SETTLEMENT CONFERENCE SCHEDULING ORDER |

**SARAH L. CAVE,** United States Magistrate Judge.

Plaintiff's request at ECF No. 58 is GRANTED, and the settlement conference scheduled for July 27, 2023 is ADJOURNED to **Friday, August 18, 2023 at 10:30 pm** and will take place by videoconference hosted by the Court on the Microsoft Teams platform. Client attendance is required. The Court will provide counsel with a link to the hearing. Counsel shall ensure that each of their client representatives receives the link.

The Clerk of Court is respectfully directed to close ECF No. 58.

Dated:     New York, New York
           July 25, 2023

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**