UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
LOANCARE, LLC,                                                    :
:
Plaintiff,                             :
:                    22-CV-9286 (JMF)
-v-                                           :
:                          ORDER
DIMONT & ASSOCIATES, LLC et al.,                                  :
:
Defendants.                            :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

As stated on the record during the teleconference held earlier today:

- The motion of Defendant Investor Claim Solutions, LLC ("ICS") to dismiss for lack of jurisdiction, ECF No. 70, is hereby DENIED without prejudice to renewal of ICS's jurisdictional defense in its anticipated cross-motion for summary judgment. All parties acknowledge that ICS will not waive its jurisdictional defense by moving for summary judgment on that ground.

- No later than **January 19, 2024**, the parties shall confer and file a joint letter proposing a briefing schedule for Plaintiff's motion and Defendants' cross-motions for summary judgment.

The Clerk of Court is directed to terminate ECF No. 70.

SO ORDERED.

Dated: January 17, 2024
       New York, New York

_____
JESSE M. FURMAN
United States District Judge