UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LOANCARE LLC,

                Plaintiff,

-against-

DIMONT & ASSOCIATES, LLC et al.,

                Defendants.

22-CV-09286 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

      On April 18, 2024, and April 19, 2024, Defendant Dimont & Associates, LLC, with the consent of all parties, filed a letter-motion and supplemental letter-motion to file under seal Exhibits 2, 5, and 19 to the Declaration of Martin R. West II (Dkt. No. 102) (hereinafter the "West Declaration"), along with its memorandum of law in support of its cross-motion for summary judgment and in opposition to Plaintiff's motion for summary judgment (Dkt. No. 101) and its statement of material facts (Dkt. No. 104).

      The Court previously granted Plaintiff's request to seal documents that are now found at Exhibits 2 and 5 to the West Declaration. *See* Dkt. No. 87. Whereas Exhibit 19 consists of an invoice issued by Plaintiff containing sensitive financial information and for the reasons stated in the Court's order at Dkt. No. 87, the request to seal Exhibits 2, 5, and 19 to the West Declaration is GRANTED.

      Because of the presumption in favor of public access to judicial documents and the need to balance competing considerations against this presumption, the request to seal Dkt. Nos. 101 and 104 is DENIED. However, Defendant Dimont & Associates, LLC may propose and request redactions to those documents in accordance with the Court's Individual Rules & Practices at Rule I(D)(3).

      The Clerk of Court is directed to TERMINATE Dkt. Nos. 91 and 109.

Dated: April 23, 2024
       New York, New York

SO ORDERED.

MARGARET M. GARNETT
United States District Judge