UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LOANCARE LLC,

                 Plaintiff,

-against-

DIMONT & ASSOCIATES, LLC et al.,

                 Defendants.

22-CV-09286 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

      On April 23, 2024, the Court granted in part and denied in part Defendant Dimont & Associates, LLC's ("Dimont") request to file documents under seal. Specifically, the Court denied the request to seal Dkt. Nos. 101 and 104 and directed that Dimont could propose and request redactions to those documents. *See* Dkt. No. 110.

      Dimont is hereby ORDERED to either request to redact and propose redactions to those documents or to file those documents under public view on the docket by **May 13, 2024**.

Dated: May 8, 2024
       New York, New York

SO ORDERED.

MARGARET M. GARNETT
United States District Judge