Troutman Pepper Hamilton Sanders LLP
875 Third Avenue
New York, NY 10022

troutman.com



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/23/2024

Joseph M. DeFazio
D 212.704.6341
joseph.defazio@troutman.com

May 22, 2024

**VIA ECF**

Honorable Margaret M. Garnett
United States Courthouse
40 Foley Square
New York, New York 10007

> The request is GRANTED IN PART.  The Clerk of Court is respectfully directed to **TERMINATE** Dkt. No. 112 pursuant to the parties' request to withdraw that document.  The Clerk of Court is further directed to **STRIKE** Dkt. Nos. 84-1, 85, 101, 104, and 113 from the docket.  The Clerk of Court is further directed to **TERMINATE** Dkt. No. 127.  The parties are directed to file any corrected motions to seal and/or redact and to refile the relevant substantive submissions (with corrected redactions, as necessary) within **seven days** of this Order.
>
> SO ORDERED.  Date 5/23/2024
>
> HON. MARGARET M. GARNETT
> U.S. DISTRICT JUDGE

Re: LoanCare, LLC v. Dimont & Associates et al. Docket No.: 1:22-cv-09286--MMG

Dear Judge Garnett:

This firm represents Plaintiff LoanCare, LLC ("LoanCare") in the above-referenced action ("Action").  In accordance with our correspondences with Your Honor's Chambers regarding revised redactions, the parties jointly submit a request that the Court withdraw LoanCare's Motions to Seal at ECF 82 and 86, and Dimont's Motions to Seal at ECF 112 and 113, and strike the following submissions from the docket:

1. LoanCare's Statement of Undisputed Facts, (ECF 84-1);

2. LoanCare's Memorandum in Support of Motion for Partial Summary Judgment, (ECF 85);

3. Dimont's Memorandum in Support of Cross-Motion for Summary Judgment (ECF 101); and

4. Dimont's Statement of Undisputed Facts in Support of Cross-Motion for Summary Judgment (ECF 104)

Loancare and Dimont will file corrected motions to seal and/or redact and refile the relevant substantive documents (with corrected redactions) within seven (7) days after an Order on this Motion to Withdraw and Strike is entered.

Respectfully submitted,

By /s/Joseph M. DeFazio
Joseph M. DeFazio

Attorney for Plaintiff LoanCare, LLC

By /s/Martin R. West
Martin R. West, Esq.

Attorney for Defendant Dimont & Associates, LLC