USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/6/2024

# Kennedys

**VIA ECF**

Honorable Judge Margaret M. Garnett
United States District Court
Southern District of New York
United States Courthouse
40 Foley Square, Room 2102
New York, NY 10007

570 Lexington Avenue
8th Floor
New York, NY 10022
USA

t +1 212.252.0004
f +1 212.832.4920

**kennedyslaw.com**

t +1 646 625 3995

Martin.West@kennedyslaw.com

30 May 2024

Re: *Loancare LLC v. Dimont & Associates, LLC*
    22-cv-09286-JMF-SLC

Dear Judge Garnett,

    We represent Defendant Dimont & Associates, LLC ("Dimont") in this matter and write pursuant to the Court's Individual Rules and Practices regarding the sealing and redaction of documents and the Court's Order dated May 23, 2024. (ECF No. 128.)

    Per the Court's Individuals Rules and Practices, the parties have conferred regarding the proposed redactions and are in agreement that the redactions are necessary to protect LoanCare LLC's confidential business information. The proposed redactions are contained in Dimont's Memorandum of Law and Counter-Statement of Material Facts, which are attached hereto as Exhibits 1 and 2 respectively (previously filed at ECF Nos. 101 and 104, and filed after this letter). Copies of the Memorandum of Law and Counter-Statement of Material Facts, with the proposed redactions highlighted, will be filed separately under seal pursuant to Your Honor's Individual Rule I(D)(3)(ii).

    All of the proposed redactions are contractual terms contained in agreements between LoanCare and a non-party to this litigation. Those contracts have already been sealed pursuant to prior Court Orders. (ECF Nos. 87 and 110.)

    We thank Your Honor for your attention to this matter.

# Kennedys

Respectfully submitted,

*S/ Martin R. West*

**Martin R. West II**
Special Counsel

---

Request DENIED for failure to follow the Court's Individual Rules & Practices at Rule I(D)(3)(ii), which requires parties that are requesting redactions to file (with the appropriate level of restriction) an un-redacted copy of the document with the proposed redactions <u>highlighted</u>.  By **June 10, 2024**, Defendant Dimont & Associates, LLC must either (1) file an un-redacted version of its memorandum of law and counter-statement of material facts; or (2) follow the requirements of Rule I(D)(3)(ii) by filing (with the appropriate level of restriction) an un-redacted copy of the documents with its proposed redacted highlighted.  The Clerk of Court is directed to terminate Dkt. No. 134.

SO ORDERED.  Date 6/6/2024

HON. MARGARET M. GARNETT
U.S. DISTRICT JUDGE