# Kennedys

**VIA ECF**

Honorable Judge Margaret M. Garnett
United States District Court
Southern District of New York
United States Courthouse
40 Foley Square, Room 2102
New York, NY 10007

570 Lexington Avenue
8th Floor
New York, NY 10022
USA

**t** +1 212.252.0004
**f** +1 212.832.4920

**kennedyslaw.com**

**t** +1 646 625 3995

Martin.West@kennedyslaw.com

June 20, 2024

Re: *Loancare LLC v. Dimont & Associates, LLC*
    22-cv-09286-JMF-SLC

Dear Judge Garnett,

    We represent Defendant Dimont & Associates, LLC ("Dimont") in this matter and write pursuant to the Court's Individual Rules and Practices regarding the sealing and redaction of documents.

    Per the Court's Individuals Rules and Practices, Dimont has attached a version of its Reply Memorandum of Law, with the proposed redactions. All of the redactions are quotations of contractual terms already sealed pursuant to Court Orders, (ECF Nos. 87 and 110) which the parties have conferred and agreed to redact for prior motion filings. (*See* ECF Nos. 129, 141).

    A copy of the Reply Memorandum of Law, with the proposed redactions highlighted, will be filed separately under seal pursuant to Your Honor's Individual Rule I(D)(3)(ii).

    We thank Your Honor for your attention to this matter.

# Kennedys

Respectfully submitted,

*Martin R. West*

**Martin R. West II**
Special Counsel

> The request to redact Defendant Dimont & Associates, LLC's reply brief in accordance with the redactions proposed at Dkt. No. 150 is GRANTED, for the reasons previously stated in connection with prior redactions of the same underlying material.  The Clerk of Court is directed to terminate Dkt. No. 150.
>
> SO ORDERED.  Date 6/21/2024
>
> HON. MARGARET M. GARNETT
> U.S. DISTRICT JUDGE