UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LOANCARE LLC,

           Plaintiff,

-v-

DIMONT & ASSOCIATES, LLC,

           Defendant.

CIVIL ACTION NO. 22 Civ. 9286 (MMG) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

After review of Judge Garnett's March 28, 2025 Opinion and Order (ECF No. 155), it is ORDERED that on or before **April 10, 2025**, the parties shall file a joint letter setting forth whether they request a settlement conference.

Dated:    New York, New York
           April 3, 2025

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**