UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LOANCARE LLC,

          Plaintiff,

-v-

DIMONT & ASSOCIATES, LLC,

          Defendant.

CIVIL ACTION NO. 22 Civ. 9286 (MMG) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court previously ordered the parties to file a joint letter setting forth the status of their settlement discussions by July 17, 2025.  (ECF 167).  To date, no joint letter has been filed.  As a one-time courtesy, the Court sua sponte **EXTENDS** the deadline for the parties to file the joint letter setting forth the status of their settlement discussions to **July 22, 2025**.

Dated:      New York, New York
             July 18, 2025

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge